

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case Nos. 1:11-cr-00010 |
| | ) | 3:14-cr-00077 |
| | ) | **Judge Sharp** |
| **EVANS BRANCH** | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **Evans Branch**, by and through his undersigned counsel, and respectfully requests that this Honorable Court continue the sentencing hearing in his case from Friday, August 15, 2014 at 1:30 p.m., to Friday, September 5, 2014 at 3:30 p.m. In support hereof, Defendant states as follows:

1. The sentencing hearing in this case is currently scheduled for Friday, August 15, 2014 at 1:30 p.m. (Docket Entry 208).

2. The presentence report has not been completed and disclosed to the Defendant. U.S. Probation has advised counsel that it anticipates completing the report within the next few days. Additional time is needed to review the report with Dr. Branch and make any necessary corrections and challenges to the advisory guideline calculations.

**WHEREFORE**, based on the foregoing, Defendant Branch respectfully requests that this Honorable Court continue the sentencing hearing in his case from Friday, August 5, 2014 at 1:30 p.m., to Friday, September 5, 2014 at 3:30 p.m.