UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:11-00010 |
| | ) | JUDGE SHARP |
| EVANS BRANCH [1] | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 236).

The motion is GRANTED and the hearing set for September 8, 2014, is hereby rescheduled for Monday, September 22, 2014, at 3:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE